# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE REINSTATEMENT OF CARL M. JOERGER, ESQ. TO PRACTICE BEFORE THE NEVADA SUPREME COURT.

No. 72809

FILED

JUN 1 3 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER GRANTING PETITION*

This is a petition for reinstatement to practice before this court. On February 11, 2014, we removed petitioner Carl M. Joerger, Esq., as appellate counsel in a fast track criminal appeal and suspended him from practicing before this court for his repeated failure to comply with court rules and orders. *See Carden v. State*, Docket No. 63671 (Order Removing Carl Joerger as Counsel for Appellant, Suspending Him from Practicing in this Court, and Remanding to Secure Appellate Counsel, February 11, 2014). We specifically ordered that the suspension would remain in effect for a minimum of three years, at which point Mr. Joerger could petition to practice again before this court. *See* SCR 39; SCR 99(2); *see also Middleton v. Warden*, 120 Nev. 664, 668, 98 P.3d 694, 697 (2004) (removing attorney as appellate counsel and prohibiting attorney from practicing in any future cases without the court's express prior authorization).

On April 13, 2017, Mr. Joerger filed this petition to be reinstated to practice before this court. In the petition, Mr. Joerger accepts responsibility for his conduct and has made assurances that it will not be repeated. Based on Mr. Joerger's representations, we have

17-19502

determined that the suspension should be removed at this time. Accordingly, we grant this petition and reinstate Mr. Joerger to practice before this court. We caution Mr. Joerger, however, that his future noncompliance with court rules and orders will not be tolerated and will result in additional sanctions including, but not limited to, monetary sanctions, removal as counsel, prohibition from practicing before this court, and/or referral to the State Bar for investigation and possible disciplinary action.

It is so ORDERED.

_____, C.J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Carl M. Joerger